| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Juan V. Aponte**<br>First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–2968<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter:    13    3/19/26 |
| Case number: | 26–13008–VFP | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Juan V. Aponte | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 942 Van Buren Avenue<br>Elizabeth, NJ 07201 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul Evangelista<br>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1 Harmon Meadow Blvd., Suite 201<br>Wayne, NJ 07094 | Contact phone 973–554–9801<br><br>Email: pevangelista@scura.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marie–Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004–1550 | Contact phone 973–227–2840<br>www.magtrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov.<br>(800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: Monday thru Friday 9:00am – 4:00pm CLOSED ON WEEKENDS AND FEDERAL HOLIDAYS<br>Contact phone: 973–645–4764<br>Date: 3/20/26 |

**For more information, see page 2**

Debtor  **Juan V. Aponte**                                                                                                 Case number **26–13008–VFP**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 5, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 407 693 2279, Click on JOIN using passcode 4267876130, or call 1–862–352–5164**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |

| | | |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/6/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/28/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at  www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-13008-VFP

Juan V. Aponte                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                Page 1 of 2

Date Rcvd: Mar 20, 2026                    Form ID: 309I                           Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan V. Aponte, 942 Van Buren Avenue, Elizabeth, NJ 07201-1816 |
| 521040664 | + | Jefferson Capital Systems, LLC, 1355 S. Colorado Blvd., Ste. 400, Bldg., Denver, CO 80222-3319 |
| 521040665 | + | Jefferson Capital Systems, LLC, aso Oportun Inc., 1355 S. Colorado Blvd., Ste. 400, Bldg., Denver, CO 80222-3319 |
| 521040667 | + | Louis A. Greenfield, P.O. Box 17210, Golden, CO 80402-6020 |
| 521040676 | | TD Bank N.A., Td Bank Usbc, Philadelphia, PA 19176 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: pevangelista@scura.com | Mar 20 2026 21:46:00 | Paul Evangelista, Scura, Wigfield, Heyer, Stevens & Cammar, 1 Harmon Meadow Blvd., Suite 201, Wayne, NJ 07094 |
| tr | | Email/Text: BNC@magtrustee.com | Mar 20 2026 21:48:00 | Marie-Ann Greenberg, Chapter 13 Standing Trustee, 30 Two Bridges Rd, Suite 330, Fairfield, NJ 07004-1550 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521040657 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 20 2026 21:50:15 | Affirm, Inc., Attention: Bankruptcy Notice, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 521040658 | + | EDI: BANKAMER2 | Mar 21 2026 01:18:00 | Bank of America, N.A., 10 N. Tryon Street, Charlotte, NC 28255-0001 |
| 521040659 | + | EDI: CAPITALONE.COM | Mar 21 2026 01:18:00 | Capital One Bank, N.A., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521040660 | + | EDI: PHINGENESIS | Mar 21 2026 01:18:00 | Concora Credit, Po Box 4499, Beaverton, OR 97076-4499 |
| 521040661 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 20 2026 21:48:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Road, Irvine, CA 92612-2437 |
| 521040662 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2026 21:49:59 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 521040663 | + | EDI: IRS.COM | Mar 21 2026 01:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521040666 | ^ | MEBN | Mar 20 2026 21:40:37 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521040669 | | Email/Text: ml-ebn@missionlane.com | Mar 20 2026 21:46:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |

District/off: 0312-2                         User: admin                              Page 2 of 2

Date Rcvd: Mar 20, 2026                      Form ID: 309I                        Total Noticed: 32

| 521040668 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Mar 20 2026 21:49:56 | Merrick Bank, Po Box 9201 10705 S Jordan Gtw, Old Bethpage, NY 11804-9001 |
| 521040670 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | Mar 20 2026 21:46:00 | NJ E-ZPass, P.O. Box 4971, Trenton, NJ 08650 |
| 521040671 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | Mar 20 2026 21:48:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 521040672 | Email/Text: bankruptcy@oportun.com | | |
| | | Mar 20 2026 21:46:00 | Oportun, Inc., 2 Circle Star Way, San Carlos, CA 94070 |
| 521040674 | Email/Text: hello@sparrowcard.com | | |
| | | Mar 20 2026 21:47:00 | Sparrow Financial, 9450 Sw Gemini Drive, Beaverton, OR 97008 |
| 521040675 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Mar 20 2026 21:46:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 521040673 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Mar 20 2026 21:48:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 521040677 | EDI: TDBANKNORTH.COM | | |
| | | Mar 21 2026 01:18:00 | TD Bank, N.A., PO Box 1377, Lewiston, ME 04243 |
| 521040679 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Mar 20 2026 21:46:00 | The Bank Of Missouri / Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 521040678 | EDI: PHINGENESIS | | |
| | | Mar 21 2026 01:18:00 | The Bank of Missouri, 14600 Northwest, Beaverton, OR 97006 |
| 521040680 | + EDI: PHINGENESIS | | |
| | | Mar 21 2026 01:18:00 | The Bank of Missouri/ Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 521040681 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | Mar 20 2026 21:48:00 | Upstart Network, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 521040682 | + EDI: VERIZONCOMB.COM | | |
| | | Mar 21 2026 01:18:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 521040683 | + Email/Text: customerservice.us@klarna.com | | |
| | | Mar 20 2026 21:46:00 | WebBank c/o Klarna, P.O. Box 8116, Columbus, OH 43201-0116 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                   Signature:        /s/Gustava Winters