Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  26−13008−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Juan V. Aponte
942 Van Buren Avenue
Elizabeth, NJ 07201

Social Security No.:
xxx−xx−2968

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              6/4/26
Time:              09:45 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor,
Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 16, 2026
JAN: mlc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-13008-VFP

Juan V. Aponte                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: 132 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan V. Aponte, 942 Van Buren Avenue, Elizabeth, NJ 07201-1816 |
| 521040664 | + | Jefferson Capital Systems, LLC, 1355 S. Colorado Blvd., Ste. 400, Bldg., Denver, CO 80222-3319 |
| 521040665 | + | Jefferson Capital Systems, LLC, aso Oportun Inc., 1355 S. Colorado Blvd., Ste. 400, Bldg., Denver, CO 80222-3319 |
| 521040667 | + | Louis A. Greenfield, P.O. Box 17210, Golden, CO 80402-6020 |
| 521040676 | | TD Bank N.A., Td Bank Usbc, Philadelphia, PA 19176 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 16 2026 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 16 2026 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521040657 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 16 2026 21:06:34 | Affirm, Inc., Attention: Bankruptcy Notice, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 521046053 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2026 21:06:15 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521046773 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2026 21:06:15 | Ally Capital Department, AIS Portfolio Services, LLC, Account: XXXXXXXX4908, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521040658 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Apr 16 2026 21:05:00 | Bank of America, N.A., 10 N. Tryon Street, Charlotte, NC 28255-0001 |
| 521046946 | | Email/Text: bankruptcy@consumerportfolio.com | Apr 16 2026 21:05:00 | CONSUMER PORTFOLIO SERVICES, INC., PO BOX 57071, IRVINE, CA 92619 7071 |
| 521040659 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2026 21:06:23 | Capital One Bank, N.A., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521040660 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 16 2026 21:06:00 | Concora Credit, Po Box 4499, Beaverton, OR 97076-4499 |
| 521040661 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 16 2026 21:05:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Road, Irvine, CA 92612-2437 |
| 521040662 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2026 21:06:15 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 521040663 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 16 2026 21:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521040666 | ^ | MEBN | Apr 16 2026 21:01:07 | KML Law Group, P.C., 701 Market Street, Suite |

District/off: 0312-2                    User: admin                    Page 2 of 3

Date Rcvd: Apr 16, 2026                 Form ID: 132                   Total Noticed: 33

|  |  |  |  |
|---|---|---|---|
|  |  |  | 5000, Philadelphia, PA 19106-1541 |
| 521040669 | Email/Text: ml-ebn@missionlane.com | Apr 16 2026 21:03:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 521040668 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2026 21:06:12 | Merrick Bank, Po Box 9201 10705 S Jordan Gtw, Old Bethpage, NY 11804-9001 |
| 521040670 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 16 2026 21:04:00 | NJ E-ZPass, P.O. Box 4971, Trenton, NJ 08650 |
| 521040671 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 16 2026 21:05:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 521040672 | Email/Text: bankruptcy@oportun.com | Apr 16 2026 21:04:00 | Oportun, Inc., 2 Circle Star Way, San Carlos, CA 94070 |
| 521040674 | Email/Text: hello@sparrowcard.com | Apr 16 2026 21:05:00 | Sparrow Financial, 9450 Sw Gemini Drive, Beaverton, OR 97008 |
| 521040675 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 16 2026 21:04:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 521040673 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 16 2026 21:05:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 521040677 | Email/Text: bankruptcy@td.com | Apr 16 2026 21:05:00 | TD Bank, N.A., PO Box 1377, Lewiston, ME 04243 |
| 521040679 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 16 2026 21:04:00 | The Bank Of Missouri / Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 521040678 | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 16 2026 21:06:00 | The Bank of Missouri, 14600 Northwest, Beaverton, OR 97006 |
| 521040680 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 16 2026 21:06:00 | The Bank of Missouri/ Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 521040681 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 16 2026 21:05:00 | Upstart Network, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 521040682 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 16 2026 21:03:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 521040683 | + Email/Text: customerservice.us@klarna.com | Apr 16 2026 21:04:00 | WebBank c/o Klarna, P.O. Box 8116, Columbus, OH 43201-0116 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                    Signature:        /s/Gustava Winters

District/off: 0312-2

User: admin

Page 3 of 3

Date Rcvd: Apr 16, 2026

Form ID: 132

Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Marie-Ann Greenberg

magecf@magtrustee.com

Matthew K. Fissel

on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION  AS TRUSTEE FOR FREDDIE MAC SLST 2022-2 PARTICIPATION INTEREST TRUST bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Paul Evangelista

on behalf of Debtor Juan V. Aponte pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amohamed@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4