Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−13008−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Juan V. Aponte
942 Van Buren Avenue
Elizabeth, NJ 07201

Social Security No.:
xxx−xx−2968

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 9/17/26
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Paul Evangelista

COMMISSION OR FEES
$14304.00

EXPENSES
$91.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 27, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-13008-VFP
Juan V. Aponte Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 27, 2026 | Form ID: 137 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan V. Aponte, 942 Van Buren Avenue, Elizabeth, NJ 07201-1816 |
| 521040664 | + | Jefferson Capital Systems, LLC, 1355 S. Colorado Blvd., Ste. 400, Bldg., Denver, CO 80222-3319 |
| 521040665 | + | Jefferson Capital Systems, LLC, aso Oportun Inc., 1355 S. Colorado Blvd., Ste. 400, Bldg., Denver, CO 80222-3319 |
| 521040676 | | TD Bank N.A., Td Bank Usbc, Philadelphia, PA 19176 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2026 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2026 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521040657 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 27 2026 21:56:56 | Affirm, Inc., Attention: Bankruptcy Notice, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 521046053 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 21:45:59 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521046773 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 21:46:15 | Ally Capital Department, AIS Portfolio Services, LLC, Account: XXXXXXXX4908, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521040658 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Aug 27 2026 21:49:00 | Bank of America, N.A., 10 N. Tryon Street, Charlotte, NC 28255-0001 |
| 521046946 | | Email/Text: bankruptcy@consumerportfolio.com | Aug 27 2026 21:49:00 | CONSUMER PORTFOLIO SERVICES, INC., PO BOX 57071, IRVINE, CA 92619 7071 |
| 521040659 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2026 21:46:13 | Capital One Bank, N.A., Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521040660 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 27 2026 21:50:00 | Concora Credit, Po Box 4499, Beaverton, OR 97076-4499 |
| 521040661 | + | Email/Text: bankruptcy@consumerportfolio.com | Aug 27 2026 21:49:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Road, Irvine, CA 92612-2437 |
| 521040662 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2026 21:45:43 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 521040663 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2026 21:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521198013 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 21:49:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

| | | | | |
|---|---|---|---|---|
| 521040666 | ^ | MEBN | Aug 27 2026 21:41:30 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521040667 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 21:49:00 | Louis A. Greenfield, P.O. Box 17210, Golden, CO 80402-6020 |
| 521040669 | | Email/Text: ml-ebn@missionlane.com | Aug 27 2026 21:48:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 521040668 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2026 21:45:56 | Merrick Bank, Po Box 9201 10705 S Jordan Gtw, Old Bethpage, NY 11804-9001 |
| 521040670 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 27 2026 21:48:00 | NJ E-ZPass, P.O. Box 4971, Trenton, NJ 08650 |
| 521081388 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 27 2026 21:48:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 521040671 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 27 2026 21:50:00 | NYS Dept. Taxation & Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 521040672 | | Email/Text: bankruptcy@oportun.com | Aug 27 2026 21:48:00 | Oportun, Inc., 2 Circle Star Way, San Carlos, CA 94070 |
| 521226309 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 21:46:16 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521040674 | | Email/Text: bankruptcy.notices@sparrowcard.com | Aug 27 2026 21:49:00 | Sparrow Financial, 9450 Sw Gemini Drive, Beaverton, OR 97008 |
| 521040675 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 27 2026 21:48:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 521040673 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2026 21:50:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 521229077 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2026 21:50:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 521040677 | | Email/Text: bankruptcy@td.com | Aug 27 2026 21:49:00 | TD Bank, N.A., PO Box 1377, Lewiston, ME 04243 |
| 521040679 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 27 2026 21:48:00 | The Bank Of Missouri / Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 521040678 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 27 2026 21:50:00 | The Bank of Missouri, 14600 Northwest, Beaverton, OR 97006 |
| 521040680 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 27 2026 21:50:00 | The Bank of Missouri/ Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 521040681 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 27 2026 21:49:00 | Upstart Network, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 521079599 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 27 2026 21:50:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 521040682 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 27 2026 21:48:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 521040683 | + | Email/Text: customerservice.us@klarna.com | Aug 27 2026 21:48:00 | WebBank c/o Klarna, P.O. Box 8116, Columbus, OH 43201-0116 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR FREDDIE MAC SLST 2022-2 PARTICIPATION INTEREST TRUST bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Nathalie Rodriguez | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR FREDDIE MAC SLST 2022-2 PARTICIPATION INTEREST TRUST nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| Paul Evangelista | on behalf of Debtor Juan V. Aponte pevangelista@scura.com pselawpc@gmail.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amurphy@scura.com;pevangelista@scura.com;CCampillo@scura.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5