UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
KML Law Group, P.C.
By: Matthew Fissel, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Movant: Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust

**Order Filed on September 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Juan V. Aponte
Debtor

Case No.: 26-13008 VFP

Chapter: 13

Hearing Date: 8/6/2026 @ 10am

Judge: Vincent F. Papalia

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 21, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust, Matthew Fissel appearing, upon a motion to vacate the automatic stay as to real property located at 942 944 VAN BUREN AVE ELIZABETH New Jersey 07201, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Paul Evangelista, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 31, 2026, Debtors are due for the July 1, 2026 payment for a total post-petition default of $2,243.44 (1 @ $2,248.36 less suspense $4.92); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears totaling $2,243.44 shall be paid prior to August 31, 2026; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2026 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $550.00 for attorneys' fees and $199.00 for filing fees, totaling $749.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.