UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer, Cammarota, & Gonzalez, LLP
1 Harmon Meadow Blvd., Suite 201
Secaucus, NJ 07094
973-696-8391
pevangelista@scura.com
Paul Evangelista, Esq.
Attorney for Debtor(s)

**Order Filed on September 28, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

JUAN V. APONTE,

Debtor(s).

Case No.: 26-13008

Chapter: 13

Judge: VFP

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Scura, Wigfield, Heyer, Cammarota, & Gonzalez, LLP, the applicant, is allowed a fee of ____$14,304.00___ for services rendered and expenses in the amount of ___$607.00___ for a total of ___$14,911.00____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $______N/A______ per month for _____N/A_____ months to allow for payment of the above fee.

*The amount to be paid through the Chapter 13 Plan is $12,000.00 ($14,304.00 fees, plus $607.00 expenses, less a courtesy discount of $91.00, less $2,820.00 retainer paid).*

United States Bankruptcy Court

District of New Jersey

In re:
Juan V. Aponte
Debtor

Case No. 26-13008-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Sep 29, 2026 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan V. Aponte, 942 Van Buren Avenue, Elizabeth, NJ 07201-1816 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR FREDDIE MAC SLST 2022-2 PARTICIPATION INTEREST TRUST bkgroup@kmllawgroup.com |
| Nathalie Rodriguez | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR FREDDIE MAC SLST 2022-2 PARTICIPATION INTEREST TRUST nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| Paul Evangelista | on behalf of Debtor Juan V. Aponte pevangelista@scura.com pselawpc@gmail.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amurphy@scura.com;pevangelista@scura.com;CCampillo@scura.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5